```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  STEVEN J. SALTIEL (CSBN 202292)
    Assistant United States Attorney
 4  450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
 5  Telephone: (415) 436-6970
    Facsimile:  (415) 436-6570
 6
 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: CR-99-0059 CRB |
| v. ) | |
| VICENTE MENDOZA-PRADO, ) | ~~(PROPOSED)~~ |
| Defendant. ) | **ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $13,750.00, accrued interest in the amount of $8,214.44, and penalties in the amount of $.00 are hereby remitted.

Dated:  April 5, 2012    _____
                         CHARLES R. BREYER
                         United States District Court Judge